**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 25-cr-70 (ACR)** |
| | : | |
| **TALIB ABDUL-WALI,** | : | |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S MOTION TO DISMISS

The United States, by its undersigned counsel and pursuant to Federal Rule of Criminal Procedure 48(a), respectfully submits this Motion to Dismiss the Indictment without prejudice. *See* Fed. R. Crim. P. 48(a) (allowing for dismissals of charges with leave of the court); *see also United States v. Karake*, 2017 WL 8045732 (Huvelle, J.) (holding that dismissal under Rule 48 should generally be without prejudice).

WHEREFORE, for the foregoing reasons, the Government asks that the Court dismiss the charges against the Defendant in this case without prejudice.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:   */s/ Solomon S. Eppel*
SOLOMON S. EPPEL
Assistant United States Attorney
D.C. Bar No. 1046323
601 D Street, NW
Washington, D.C. 20530